# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **KIMBERLY DOTSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 3:15-cv-00306 |
| | ) | |
| v. | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Brown** |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff Kimberly Dotson's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 18.) Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 22), and Plaintiff replied (Doc. No. 23). Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 24 at 1.) The Report was filed on July 28, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 16–17.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this the 22nd day of August, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT